UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINO ROMANO,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>KIM KARDASHIAN, et al.,<br><br>　　　　　　　Defendants. | NO: 12-CV-0406-TOR<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

On June 18, 2012, Plaintiff filed an Application to Proceed In Forma Pauperis (ECF No. 1) and Temporary Restraining Order Preliminary Injunction (ECF No. 2). The Court construes the latter document as a Complaint.

Accordingly, IT IS HEREBY ORDERED:

1. This action is **DISMISSED WITH PREJUDICE,** pursuant to 28 U.S.C. § 1915(e)(2)(B) as it is frivolous and malicious.  This action is frivolous because it is a product of delusion or fantasy.

2. Plaintiff's Application to Proceed In Forma Pauperis is **DENIED** as moot.

ORDER DISMISSING CASE WITH PREJUDICE ~ 1

3. Plaintiff is advised that the filing of further frivolous actions will result in the imposition of more serious sanctions than dismissal.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** this 18th day of June, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE ~ 2